**99-1015. Toledo Bar Assn. v. Aron.**
On Certified Report by the Board of Commissioners on Grievances and Discipline of the Supreme Court, No. 95-53. Cause dismissed.

DOUGLAS, M. Corrigan, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

Moyer, C.J., and Cook, J., dissent and would publicly reprimand respondent.

Michael J. Corrigan, J., of the Eighth Appellate District, sitting for Resnick, J.